# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-00155-01/06-CR-W-?? |
| Plaintiff, | **COUNT ONE:** (Conspiracy) 18 U.S.C. § 371 NMT: 5 Years' Imprisonment NMT: $250,000 Fine NMT: 3 Years' Supervised Release Class D Felony |
| v. | |
| DEANDRE J. GILLIAM (01), [DOB: 1/18/2002] | |
| LADARIOUS S. THOMAS (02), [DOB: 3/16/1993] | **COUNT TWO:** (Bank Theft) 18 U.S.C. §§ 2113(b) and 2 NMT: 10 Years' Imprisonment NMT: $250,000 Fine NMT: 3 Years' Supervised Release Class C Felony |
| JAMARKUS D. BOGANY (03), [DOB: 10/19/2001] | |
| J'KOREAN K. HADNOTT (04), [DOB: 10/30/2001] | |
| OCTAVIOUS Q. WAITERS (05), [DOB: 7/17/2000] | **COUNT THREE:** (Interstate Transportation of Stolen Property) 18 U.S.C. §§ 2314 and 2 NMT: 10 Years' Imprisonment NMT: $250,000 Fine NMT: 3 Years' Supervised Release Class C Felony |
| and | |
| CLAYTON J. BROWN (06), [DOB: 3/10/2000] | |
| Defendants. | $100 Mandatory Special Assessment on Each Count |

FILED 6/23/21 PAIGE WYMORE-WYNN, CLK U.S. DISTRICT COURT WEST DISTRICT OF MISSOURI

United States Courts
Southern District of Texas
FILED
July 08, 2021
Nathan Ochsner, Clerk of Court
4:21-MJ-1496

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

#### The Conspiracy and Its Object

1. Beginning at a time unknown to the Grand Jury, but no later than on or about November 10, 2019, and continuing through on or about March 6, 2020, said dates

being approximate, in the Western District of Missouri and elsewhere Deandre GILLIAM, Ladarious THOMAS, Jamarkus BOGANY, J'Korean HADNOTT, Octavious WAITERS, and Clayton BROWN, defendants herein, did knowingly and intentionally, combine, conspire, confederate and agree with each other and with others, both known and unknown to the Grand Jury, to steal United States currency, in excess of $1,000, from banks whose deposits were insured by the Federal Deposit Insurance Corporation and to then transport and transfer, in interstate commerce, stolen United States currency in excess of $5,000, knowing the same to have been stolen, contrary to Title 18, United States Code, Sections 2113(b) and 2314.

2. The purpose of the conspiracy was for the defendants, Deandre GILLIAM, Ladarious THOMAS, Jamarkus BOGANY, J'Korean HADNOTT, Octavious WAITERS, and Clayton BROWN, residents of the State of Texas, and others, both known and unknown to the Grand Jury, to travel from Texas to other jurisdictions to steal money from banks by forcing open Automated Teller Machines (ATMs) and stealing tens of thousands of dollars in United States currency from the ATM cash boxes.

## Manner and Means of the Conspiracy

3. The members of the conspiracy used the following manners and means to accomplish the object of the conspiracy:

4. Defendants Deandre GILLIAM, Ladarious THOMAS, Jamarkus BOGANY, J'Korean HADNOTT, Octavious WAITERS, Clayton BROWN, and co-conspirators purchased or obtained equipment and tools necessary to forcibly open or dismantle ATMs including pry bars, crow bars, screwdrivers, and heavy vehicle tow chains and hooks.

5. Defendants GILLIAM, THOMAS, BOGANY, HADNOTT, WAITERS, BROWN, and co-conspirators assembled in groups or teams to travel, in personal vehicles or rental vehicles,

from the State of Texas to various other jurisdictions, including the States of Missouri and Kansas, for the purpose of stealing money from ATMs.

6. The conspirators, after traveling to another state, would steal a large pick-up truck to be used in an ATM theft. The conspirators attached tow chains with hooks to the pick-up truck to forcibly open ATMs.

7. The conspirators, upon arriving at their destination, searched for a suitable ATM to burglarize. The conspirators would then direct the stolen truck to the location of the target ATM.

8. The conspirators wore protective clothing, including, gloves, masks, and hooded jackets to conceal their identities from surveillance cameras and to prevent detection of trace evidence, including fingerprints and DNA, at the crime scene.

9. It was further part of the conspiracy that when the stolen truck arrived at the ATM, the conspirators would conduct surveillance for law enforcement vehicles and serve as lookouts during the theft.

10. The conspirators used pry bars or tow chain hooks to forcibly pry open or pry apart the ATM's protective metal encasement. After the ATM had been opened or disassembled, the conspirators would then remove the ATM canisters containing United States currency.

11. It was further a part of the conspiracy that when the conspirators had removed the United States currency from the ATM, the conspirators would abandon the truck utilized in the ATM theft. Defendants GILLIAM, THOMAS, BOGANY, HADNOTT, WAITERS, BROWN, and co-conspirators would then travel together in personal or rental vehicles back to Houston, Texas, with the stolen United States currency.

## Overt Acts

12. In furtherance of the conspiracy, and to accomplish the object of the conspiracy, one or more members of the conspiracy committed or caused to be committed the following overt acts within the Western District of Missouri and elsewhere including, but not limited to:

13. Defendants GILLIAM, THOMAS, BOGANY, HADNOTT, WAITERS, BROWN, and co-conspirators purchased and acquired tools and equipment including screwdrivers, pry bars, and tow chains. On or about March 4, 2020, at 5:10 p.m., defendants THOMAS and HADNOTT purchased tow chains with hooks for $79.01 from the Northern Tool and Supply Company store in Houston, Texas.

14. On March 5, 2020, by approximately 5:00 p.m., defendants GILLIAM, THOMAS, BOGANY, HADNOTT, WAITERS, BROWN, and co-conspirators had departed Houston, Texas, to travel north to the Kanas City metropolitan area in three vehicles, a Chrysler 200, a black Jeep Cherokee, bearing license number LWN 6034, and a silver Chevrolet Impala.

15. On March 6, 2020, at approximately 2:48 a.m., a conspirator driving the black Jeep Cherokee, bearing license number LWN 6034, was captured on surveillance video driving in the area of the Chase Bank ATM at 1614 E. 63rd Street in Kansas City, Missouri.

16. On March 6, 2020, at approximately 2:55 a.m. and 2:58 a.m., defendant BROWN's iPhone was used to conduct a Google search for "kansas city chase atm." The search returned results for Chase Bank ATM's including the Chase ATM at 63rd and Bushman Drive, which is the ATM located at 1614 E. 63rd Street, Kansas City, Missouri.

17. Between 12:00 a.m. and 4:30 a.m., on March 6, 2020, the conspirators stole a gray Ford F-250 pick-up to be used in an ATM theft that was parked on the street at 5900 Delmar Street in Fairway, Kansas.

4

18. Between 4:00 a.m. and 5:30 a.m., on March 6, 2020, the conspirators communicated with each other on cellular telephones and met near the Chase Bank ATM located at 1614 E. 63rd Street in Kansas City, Missouri.

19. At approximately 5:24 a.m., defendants GILLIAM and WAITERS used their cell phones to call each other.

20. At approximately 5:30 a.m., on March 6, 2020, conspirators connected tow chains to the stolen Ford F-250 truck and to the door of the Chase Bank ATM and used the force of acceleration from the truck to forcibly remove the exterior metal panel of the Chase Bank ATM.

21. The conspirators then removed canisters containing United States currency from inside the damaged Chase Bank ATM. The conspirators stole the entirety of the United States currency in the ATM, approximately $150,220.

22. The conspirators abandoned the stolen Ford F-250 pick-up truck with the tow chains still attached to the rear bumper in an apartment building parking lot at 1622 Bushman Drive, approximately .2 miles from the Chase Bank ATM.

23. On March 6, 2020, law enforcement officers in Montgomery County, Texas, observed the three suspect vehicles, a Chrysler 200, a black Jeep Cherokee, bearing license number LWN 6034, and a silver Chevrolet Impala, traveling in tandem – southbound on Interstate 45. Defendants HADNOTT and WAITERS were in the Chrysler 200, defendants THOMAS, GILLIAM, and BOGANY were in the Chevrolet Impala and defendant BROWN and another conspirator were in black Jeep Cherokee. Law enforcement officers activated their emergency lights and attempted to stop the three vehicles.

24. The Chrysler 200 pulled over on the shoulder. The driver was identified as J'Korean HADNOTT and and the passenger was Octavious WAITERS.

25. The Jeep fled from officers at speeds between 80-115 mph for 18 miles before it eventually crashed and defendant BROWN and another conspirator were apprehended.

26. The Chevy Impala fled from officers at speeds between 90-125 mph. The driver was taken into custody after a foot pursuit and identified as Ladarious THOMAS. With the assistance of air surveillance, the remaining passengers, BOGANY and GILLIAM, who had also fled the vehicle, were located and arrested. One of the Impala occupants dropped a duffle bag while running from the police. This bag was retrieved by an unknown female before police officers could recover it.

27. GILLIAM was carrying a Spiderman backpack when he was arrested. The backpack contained approximately $72,385 in United States currency in primarily $20 bills.

28. The Grand Jury incorporates by reference, as additional overt acts, the crimes of bank theft and interstate transportation of stolen property, as set forth in Counts Two and Three, in furtherance of and as a result of the conspiracy described above.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

29. On or about March 6, 2020, in the Western District of Missouri, and elsewhere, Deandre GILLIAM, Ladarious THOMAS, Jamarkus BOGANY, J'Korean HADNOTT, Octavious WAITERS, and Clayton BROWN, aiding and abetting each other and others, did take and carry away, with the intent to steal, United States currency of a value exceeding $1000 belonging to and in the care, custody, control, and possession of Chase Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Sections 2113(b) and 2.

## COUNT THREE

30. On or about March 6, 2020, in the Western District of Missouri, and elsewhere, Deandre GILLIAM, Ladarious THOMAS, Jamarkus BOGANY, J'Korean HADNOTT, Octavious WAITERS, and Clayton BROWN, aiding and abetting each other and others, did transport, transmit, and transfer in interstate commerce United States currency of the value of $5,000 or more, from the State of Missouri to the State of Texas, knowing the same to be stolen.

All in violation of Title 18, United States Code, Sections 2314 and 2.

## ALLEGATION OF FORFEITURE

31. The allegations of Counts One through Three of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c) and the procedures outlined in Title 21, United States Code, Section 853.

32. Upon conviction of any violation of Title 18, United States Code, Sections 371 2113(b), or 2314 each defendant shall forfeit to the United States any property constituting, or derived from, proceeds the person obtained directly or indirectly pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), including but not limited to a money judgment representing proceeds the defendant obtained, either directly or indirectly, as a result of his participation in the offense.

### Substitute Assets

If the property described above as being subject to forfeiture as a result of any act or omission of any defendant,

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with a third person;

7

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above-forfeitable property or to seek return of the property to the jurisdiction of the Court so that the property may be seized and forfeited.

A TRUE BILL.

*Kathleen Shaw*
FOREPERSON OF THE GRAND JURY

Brent Venneman
Assistant United States Attorney

Dated: 6-23-2021

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br><br>J'Korean K. Hadnott<br><br>_Defendant_ | ) <br> ) Case No. 21-00155-04-CR-W-SRB<br> )<br> )<br> )<br> ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ J'Korean K. Hadnott
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE: (Conspiracy) 18 U.S.C. § 371
COUNT TWO: (Bank Theft) 18 U.S.C. §§ 2113(b) and 2
COUNT THREE: (Interstate Transportation of Stolen Property) 18 U.S.C. §§ 2314 and 2

Date: 06/23/2021

_Issuing officer's signature_

City and state: Kansas City, Missouri

Honorable Jill A. Morris, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____<br><br>Date: _____<br><br>_Arresting officer's signature_<br><br>_Printed name and title_ |

**Query**   **Reports**   **Utilities**   **Help**   **What's New**   **Log Out**

## U.S. District Court
## Western District of Missouri (Kansas City)
## CRIMINAL DOCKET FOR CASE #: 4:21-cr-00155-SRB-4

| | |
|---|---|
| Case title: USA v. Gilliam et al | Date Filed: 06/23/2021 |

Assigned to: District Judge Stephen R. Bough
Referred to: Magistrate Judge W. Brian Gaddy

### Defendant (4)

**J'Korean K Hadnott**

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | |
| ROBBERY OF PROPERTY OR MONEY > $100 (2) | |
| SCHEME TO DEFRAUD: MONEY, STATE TAX STAMPS (3) | |

### Highest Offense Level (Opening)
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

### Highest Offense Level (Terminated)
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA** represented by **Brent Venneman**
United States Attorney's Office-KCMO
400 E 9th Street
Suite 5510
Kansas City, MO 64106
(816) 426-4255
Email: brent.venneman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*

[ Email All Attorneys ]
[ Email All Attorneys and Additional Recipients ]

| Date Filed | # | Docket Text |
|---|---|---|
| 06/23/2021 | 1 | INDICTMENT as to Deandre J Gilliam (1) count(s) 1, 2, 3, Ladarious S Thomas (2) count(s) 1, 2, 3, Jamarkus D Bogany (3) count(s) 1, 2, 3, J'Korean K Hadnott (4) count(s) 1, 2, 3, Octavious Q Waiters (5) count(s) 1, 2, 3, Clayton J Brown (6) count(s) 1, 2, 3. (Attachments: # 1 Criminal Cover Sheet, # 2 Criminal Cover Sheet, # 3 Criminal Cover Sheet, # 4 Criminal Cover Sheet, # 5 Criminal Cover Sheet, # 6 Criminal Cover Sheet) (Melvin, Greg) (Entered: 06/24/2021) |
| 06/23/2021 |  | ORDER as to Deandre J Gilliam, Ladarious S Thomas, Jamarkus D Bogany, J'Korean K Hadnott, Octavious Q Waiters, Clayton J Brown. This indictment shall be kept secret until a defendant is in custody or has been given bail, and upon completion of the issuance of the warrant of arrest, the Clerk shall seal the indictment, and it shall remain sealed pending further order of the Court. Signed by United States Magistrate Judge Jill A. Morris. This is a docket entry only. No document is attached. (Melvin, Greg) (Entered: 06/24/2021) |
| 06/23/2021 | 2 | ORDER REFERRING CASE to Magistrate Judge W. Brian Gaddy as to Deandre J Gilliam, Ladarious S Thomas, Jamarkus D Bogany, J'Korean K Hadnott, Octavious Q Waiters, Clayton J Brown Signed on 6/23/2021 by District Judge Stephen R. Bough.(Melvin, Greg) (Entered: 06/24/2021) |
| 07/06/2021 |  | ORDER as to Deandre J Gilliam, Ladarious S Thomas, Jamarkus D Bogany, J'Korean K Hadnott, Octavious Q Waiters, Clayton J Brown. A defendant having been arrested, it is ordered that this indictment be unsealed, and then processed in accordance with established procedure and law. Signed by United States Magistrate Judge W. Brian Gaddy. This is a docket entry only. No document is attached. (Williams, Teresa) (Entered: 07/06/2021) |
| 07/07/2021 | 3 | RULE 5(C)(3) documents received as to Deandre J Gilliam, Ladarious S Thomas, Jamarkus D Bogany, J'Korean K Hadnott, Octavious Q Waiters, Clayton J Brown. (Matthes Mitra, Renea) (Entered: 07/07/2021) |